Argued and submitted June 29, conviction affirmed; remanded for resentencing
July 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD DONALD GOOD,
*Appellant.*

(91-03-34078; CA A69657)

833 P2d 1384

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Youlee Yim You, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

In this misdemeanor case, the state concedes that the trial court erred in executing a portion of a 90-day jail sentence and simultaneously placing defendant on probation. *State v. McMellon*, 110 Or App 441, 443, 823 P2d 926 (1992). *State v. Vasby*, 110 Or App 1, 5, 788 P2d 1024 (1990). We accept the concession.

Conviction affirmed; remanded for resentencing.